UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

MALIBU MEDIA, LLC,

                Plaintiff,

vs.

JOHN DOE subscriber assigned IP address
184.153.68.224,

                Defendant.

-----------------------------------------------------------------X

Case No. 1:17-cv-09133-DLC

Judge Cote

[DOCUMENT STAMP: ELECTRONICALLY FILED  DATE FILED: 2/14/2018]



### ORDER ON PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT

THIS CAUSE came before the Court upon Plaintiff's First Motion for Extension of Time Within Which it Has to Serve John Doe Defendant with a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have until May 7, 2018, to effectuate service of a summons and Complaint upon John Doe Defendant.

SO ORDERED this ___ day of _____, 2018.

By: _____
UNITED STATES DISTRICT JUDGE

*[Handwritten note:]* The plaintiff must diligently pursue the subpoena served on the ISP, and apply to the Court no later than 3/23/18 for relief against the ISP if it fails to respond by that date.

*[Signed]* Denise Cote
2/14/18

1